**Order entered August 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00365-CR

### MARK ANGELO GUAJARDO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-72357-U**

## ORDER

On August 5, 2015, we ordered court reporter Cheryl Dixon to file the reporter's record within seven days. We warned that if the record was not filed within that time, we would utilize our available remedies, including ordering that Cheryl Dixon not sit as a court reporter until the record is filed in this appeal. Nevertheless, Ms. Dixon has neither filed the reporter's record nor communicated with the Court regarding the status of the record.

Accordingly, we **ORDER** Cheryl Dixon, official court reporter of the 291st Judicial District Court, to file the complete reporter's record, including all exhibits admitted into evidence, in this appeal, including all exhibits admitted into evidence, by **4:00 p.m. MONDAY, AUGUST 24, 2015**. We further **ORDER** that Cheryl Dixon not sit as a court reporter until the complete record is filed in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; Cheryl Dixon, official court reporter, 291st Judicial District Court; the Dallas County Auditor's Office; and to counsel for all parties.

/s/    LANA MYERS
       JUSTICE